IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR114-41 |
| | ) | |
| WINSTON JAMES O'CONNELL | ) | |

## ORDER

The defendant, Winston James O'Connell, was sentenced to 5 years' probation on March 31, 2015.

Surety, Rachel L. Martin, has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by Rachel L. Martin for this defendant, plus all accrued interest thereon, be returned to: Rachel L. Martin at 1637 Emma Street, Augusta, GA 30909.

This 28th day of April, 2015 at Augusta, Georgia.

HONORABLE J. RANDALL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA